## MOLTEN METAL EQUIPMENT INNOVATIONS, INC., Plaintiff–Appellant,

v.

## METAULLICS SYSTEMS CO., L.P. and Metaullics Systems Co., Defendants–Appellees.

Molten Metal Equipment Innovations, Inc., Plaintiff–Appellee,

v.

Metaullics Systems Co., L.P. and Metaullics Systems Co., Defendants–Appellants.

Nos. 01–1409, 01–1442.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2001.

ON MOTION

BRYSON, Circuit Judge.

### *ORDER*

Molten Metal Equipment Innovations, Inc. (MMEI) moves without opposition to dismiss appeal no. 01–1442. MMEI moves

without opposition for an extension of time to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss appeal no. 01-1442 is granted.

(2) The motion for an extension of time is granted. MMEI's reply brief is due no later than December 21, 2001.

(3) Each side shall bear its own costs.